United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 16, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51387
_____

UNITED STATES OF AMERICA

                 Plaintiff - Appellee

    v.

JESUS RIVAS-ZUBIATE

                 Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
----------------------

Before JONES, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM:[1]

    IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED;

    IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to the US District Court for the Western District of Texas, El Paso Division for resentencing is GRANTED;

    IT IS FURTHER ORDERED that Appellee's alternative motion to extend time to file Appellee's brief until 14 days from the

_____

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under limited circumstances set forth in 5th Cir. R. 47.5.4.

Court's denial of Appellee's motion to vacate and remand is DENIED AS UNNECESSARY.